UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-330-1H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ALFRED LAMONT CROWDER | ) | |

The Grand Jury charges that:

COUNT ONE

At all times material to this Count, Golden 5, a/k/a BIB Sweepstakes, located at 3132 Calvary Drive, Unit 107, Raleigh, North Carolina, was engaged in a commercial retail business in interstate and foreign commerce and was an industry which affects interstate and foreign commerce.

On or about June 4, 2016, in the Eastern District of North Carolina, ALFRED LAMONT CROWDER, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual and threatened force, as set forth in Title 18, United States Code, Section 1951(b)(1), of Golden 5, a/k/a BIB Sweepstakes, located at

3132 Calvary Drive, Unit 107, Raleigh, North Carolina, all in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

On or about June 4, 2016, in the Eastern District of North Carolina, ALFRED LAMONT CROWDER, the defendant herein, during and in relation to crime of violence for which he may be prosecuted in a court of the United States, that is, interference of commerce by robbery of Golden 5, a/k/a BIB Sweepstakes, located at 3132 Calvary Drive, Unit 107, Raleigh, North Carolina, in violation of Title 18, United States code, Section 1951, as charged in Count One of the Indictment, did use and carry a firearm, and did possess said firearm in furtherance of said crime of violence, and said firearm was brandished, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

From at least as early as June 4, 2016, through or about June 7, 2017, in the Eastern District of North Carolina, ALFRED LAMONT CROWDER, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 924(d)(1) and Title 18, United States Code, Section 981(a)(1)(C), both as made applicable hereto by Title 28, United States Code, Section 2461, that all of his interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offense in Count One of the Indictment, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of the said offense. Such proceeds include approximately $378.00 in stolen and recovered cash and unrecovered gross proceeds in the amount of approximately $ 20,200.

As a result of the foregoing offenses in Counts Two and Three of the Indictment, the defendant shall forfeit to the United States any and all firearms and ammunition involved in or used in any knowing violation of these offenses, and all associated ammunition. Such property includes, but is not limited to, two boxes of 9mm ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)   Cannot be located upon the exercise of due diligence;

    (b)   Has been transferred or sold to, or deposited with a third person;

    (c)   Has been placed beyond the jurisdiction of the Court;

    (d)   Has been substantially diminished in value; or

    (e)   Has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

10-24-17
DATE

ROBERT J. HIGDON, JR.
United States Attorney

_____
BY: Daniel P. Bubar
Assistant United States Attorney