IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-330-D
No. 5:20-CV-284-D

| | |
|---|---|
| ALFRED LAMONT CROWDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Please enter my name as an attorney of record on behalf of the Respondent in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 19th day of June, 2020.

>ROBERT J. HIGDON, JR.
>United States Attorney
>
>BY: /s/ Asia J. Prince
>ASIA J. PRINCE
>Assistant United States Attorney
>Civil Division
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>Telephone: (919) 856-4530
>Email: asia.prince@usdoj.gov
>N.C. Bar # 48019
>Attorney for Respondent

# **CERTIFICATE OF SERVICE**

I do hereby certify that I have this 19th day of June, 2020, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

    Halerie M. Costello
    Email: halerie_costello@fd.org

                      BY:   /s/ Asia J. Prince
                        ASIA J. PRINCE
                        Assistant United States Attorney
                        Civil Division
                        150 Fayetteville Street, Suite 2100
                        Raleigh, NC 27601
                        Telephone: (919) 856-4530
                        Email: asia.prince@usdoj.gov
                        N.C. Bar # 48019
                        Attorney for Respondent