UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-330-D-1
NO. 5:20-CV-284-D

| | |
|---|---|
| ALFRED LAMONT CROWDER,<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | NOTICE OF<br>WITHDRAWAL OF<br>MOTION TO VACATE |

The Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that the Petitioner withdraws his previously filed motion to vacate [DE 61].

Furthermore, by filing this notice, undersigned counsel certifies that a copy of said notice has been served upon:

| | |
|---|---|
| Michael Bredenberg<br>United States Attorney's Office<br>150 Fayetteville St., Suite 2100<br>Raleigh, NC 27601 | Alfred Lamont Crowder, Reg. No. 64265-056<br>FCI Butner Medium II<br>Federal Correctional Institution<br>P.O. Box 1500<br>Butner, NC 27509 |

by electronically filing the foregoing Notice with the Clerk of Court on July 15, 2021, using the CM/ECF system which will send notification of such filing to the above and by U.S. Mail to Mr. Crowder.

Respectfully submitted this 15th day of July, 2021.

                                          G. ALAN DuBOIS
                                          Federal Public Defender

                                          /s/ Halerie M. Costello
                                          HALERIE M. COSTELLO
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          Office of the Federal Public Defender
                                          150 Fayetteville Street, Suite 450
                                          Raleigh, North Carolina 27601
                                          Telephone: 919-856-4236
                                          Fax: 919-856-4477
                                          E-mail: Halerie_Costello@fd.org
                                          N.C. State Bar No. 43030
                                          LR 57.1 Counsel, Appointed